**Order entered April 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01334-CV

### EZI NNABUGWU, Appellant

### V.

### ENYIMBA SOCIAL CLUB, USA, INC., ET Al., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12053**

## ORDER

Before the Court are appellees' motion to extend deadline to file brief, appellees' brief, and, appellees' opposed motion for leave to file an amended brief. As our records reflect, appellees' brief was due March 29th. On March 28th, appellees filed their extension motion seeking an additional fourteen days to file the brief. When the motion had not been determined by the following day, appellees timely filed their brief. On April 2nd, they filed their motion for leave asserting the brief is incomplete and "in a form they are not satisfied with." They seek leave to amend and supplement the tables of authorities and contents, add to the argument section of the brief, and reorganize the subtitles of the argument section. We rule as follows.

We **GRANT** the motion for leave, **STRIKE** the March 29th brief, and **ORDER** appellees to file their amended brief no later than April 16, 2019.

We **DENY** appellees' March 28, 2019 motion to extend deadline to file brief as moot.

/s/     ERIN A. NOWELL
            JUSTICE